# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-619-MOC-DCK

| | |
|---|---|
| GORDON L. LANGLEY, PAUL MAULL IV, and WILLIAM A. POWELL, individually and on behalf of NO.: all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH TURF & IRRIGATION, LLC, and STEPHEN E. SMITH, WAYNE SMITH, JR., and ANNA-LINDSAY YARBROUGH,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) filed by James Faucher, concerning McNeill Stokes on November 16, 2018. Mr. McNeill Stokes seeks to appear as counsel *pro hac vice* for Plaintiffs Gordon Langley and Paul Maull IV. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) is **GRANTED.** Mr. McNeill Stokes is hereby admitted *pro hac vice* to represent Plaintiffs Gordon Langley and Paul Maull IV.

**SO ORDERED**.

Signed: November 16, 2018

David C. Keesler
United States Magistrate Judge