# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Gordon L. Langley, Paul Maull, IV, and William A. Powell, individually and on behalf of: all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiffs,<br><br>v.<br><br>Smith Turf & Irrigation, LLC and Stephen E. Smith, Wayne Smith, Jr., Anna-Lindsay Yarbrough,<br><br>Defendants. | Civil Action No.: 3:18-cv-00619-MOC-DSC<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF CONSENT ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiffs Gordon L. Langley and William A. Powell[1] (collectively "Plaintiffs") and Defendants Smith Turf & Irrigation, LLC, Stephen E. Smith, Wayne Smith, Jr., and Anna-Lindsay Yarbrough, pursuant to LR7.1 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby move the Court for entry of the attached Consent Order Approving Settlement and Dismissing Action With Prejudice. In further support of this Motion, the parties show the Court the following:

1. Defendants have vigorously disputed the claims asserted in this action since the outset of this lawsuit. After the exchange of timesheets, payroll records, wage calculations, data and facts, the parties jointly entered into a Waiver, Release and Settlement Agreement ("Agreement") in an effort to fully and completely resolve this dispute without the need to involve judicial resources. A copy of the Agreement is attached hereto as Exhibit A, and the agreed upon language of a Consent Order dismissing this action is attached hereto as Exhibit B.

---

[1] Plaintiff Paul Maull, IV filed a Stipulation of Dismissal with Prejudice on April 16, 2019 (ECF Doc. No. 11).

2. Good cause exists for the entry of the proposed Consent Order and its entry would be just and equitable.

WHEREFORE, the parties respectfully request that the Court enter the proposed Consent Order Approving Settlement and Dismissing Action attached hereto as Exhibit B.

| | |
|---|---|
| s/ James Faucher | s/ Stacy K. Wood |
| James Faucher, Esq. (NC Bar No. 31514) | Stacy K. Wood, Esq. (NC Bar No. 21768) |
| Email: james@greensborolawcenter.com | Email: stacywood@parkerpoe.com |
| GREENSBORO LAW CENTER | PARKER POE ADAMS & BERNSTEIN LLP |
| 822 N. Elm St. | Three Wells Fargo Center |
| Greensboro, North Carolina 27401 | 401 South Tryon Street, Suite 3000 |
| Phone: 336-478-6000 | Charlotte, NC 28202 |
| | Phone: 704-335-9844 |
| McNeill Stokes, Esq. | Fax: 704-334-4706 |
| Email: mcstokes@bellsouth.net | |
| 5372 Whitehall PL SE | |
| Mableton, Georgia 30126 | |
| Phone: 404-352-2144 | ATTORNEYS FOR DEFENDANTS SMITH |
| *admitted pro hac vice | TURF & IRRIGATION, LLC, STEPHEN E. SMITH, WAYNE SMITH, JR., AND ANNA- |
| ATTORNEYS FOR PLAINTIFFS | LINDSAY YARBROUGH |

April 26, 2019