# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18cv619-MOC-DSC

| | |
|---|---|
| GORDON LANGLEY, PAUL MAULL, IV, and WILLIAM A. POWELL, individually and on behalf of: all others similarly situated who consent to their inclusion in a collective action, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| Vs. | )     **ORDER** |
| SMITH TURF & IRRIGATION, LLC, et al., | ) |
| Defendants. | ) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, upon joint motion by the parties and with the consent of the parties, and it appearing that the parties have entered into a Waiver, Release and Settlement Agreement fully and completely resolving any disputes between them, and it further appearing that;

    1. Plaintiffs Gordon L. Langley and William A. Powell (collectively "Plaintiffs") filed the instant action against Defendants Smith Turf & Irrigation, LLC, Stephen E. Smith, Wayne Smith, Jr., and Anna-Lindsay Yarbrough (collectively "Defendants") alleging claims under the Fair Labor Standards Act ("FLSA").

    2. In an effort to resolve the claims in this action, the parties represent and stipulate that they engaged in private negotiations through counsel.

    3. The parties fully and completely resolved their disputes through said negotiations and memorialized their settlement terms in a Waiver, Release and Settlement Agreement,

-1-

Case 3:18-cv-00619-MOC-DSC     Document 14     Filed 05/09/19     Page 1 of 2

which is reasonable and appropriate under the circumstances.

4. In light of the above, the parties' settlement, as memorialized in the Waiver, Release and Settlement Agreement, resolves this action and all of Plaintiffs' claims that were or could have been asserted in this action based upon the facts alleged in the pleadings.

5. In order to comply with requirements of a release of FLSA claims, the parties have submitted a copy of the Waiver, Release and Settlement Agreement to the Court for review and approval.

6. Good cause exists for the entry of an Order approving said Waiver, Release and Settlement Agreement and dismissing the action.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion for Settlement, (Doc. No. 12), is **GRANTED**.

2. The Waiver, Release and Settlement Agreement is hereby approved.

3. For good cause having been shown, and by and with the consent of counsel for the Plaintiffs and counsel for the Defendants, this action is hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees and expenses except as provided in the Waiver, Release and Settlement Agreement.

Signed: May 9, 2019

Max O. Cogburn Jr.
United States District Judge