# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Paul Maull IV<br>William A Powell<br>Gordon Langley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00619-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Anna-Lindsay Yarbrough<br>Stephen E. Smith<br>Wayne Smith Jr.<br>Smith Turf & Irrigation, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2019 Order.

May 9, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court